UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: 26-5674

Case Title: United States of America vs. Joseph Slabaugh

List all clients you represent in this appeal:

United States of America

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act (Appointed)
☑ Appellee ☐ Respondent ☐ Intervenor

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: Christopher D. Poole Signature: s/Christopher D. Poole

Firm Name: United States Attorney's Office

Business Address: 1110 Market Street, Suite 515

City/State/Zip: Chattanooga, TN 37402

Telephone Number (Area Code): 423-752-5140

Email Address: christopher.poole@usdoj.gov

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.