**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**UNITED STATES OF AMERICA,**

***Plaintiff - Appellee,***

**v.** **Case No. 26-5674**

**JOSEPH SLABAUGH,**

***Defendant - Appellant.***
**________________________________/**

## MOTION FOR THIRTY-DAY EXTENSION OF TIME TO FILE INITIAL BRIEF

Appellant Joseph Slabaugh, through undersigned counsel, respectfully requests that this Court grant him a thirty-day extension of time, until December 18, 2026, to file his initial brief. In support of this request, Mr. Slabaugh states:

1. Mr. Slabaugh was convicted of attempting to possess child pornography and sentenced to 120 months' imprisonment.

2. His initial brief is currently due on November 18, 2026.

3. Due to the press of new cases, combined with counsel's ongoing responsibilities in other matters, the undersigned needs additional time to thoroughly review the record, consult with Mr. Slabaugh, and prepare the brief.

4. This is Mr. Slabaugh's second request for an extension, and he makes it in good faith, not for delay.

Accordingly, Appellant Joseph Slabaugh respectfully asks this Honorable Court to grant him a thirty-day extension of time, up to and including December 18, 2026, to file his initial brief.

Respectfully submitted by,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

*/s/ Conrad B. Kahn*
Conrad B. Kahn
Assistant Federal Defender
605 Chestnut Street, Suite 1310
Chattanooga, Tennessee 37450
Telephone: (423) 756-4349
Email: Conrad_Kahn@fd.org

## Certificate of Service

I certify that on November 18, 2026, I filed this motion using the Court's electronic filing system, which will serve the filing on all parties, including counsel for the government.

*/s/ Conrad B. Kahn*
Conrad B. Kahn
Assistant Federal Defender